UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE MICHIGAN
LABORERS' HEALTH CARE FUND, et al.,

    Plaintiffs,

Case No. 1:22-cv-368

v.

HONORABLE PAUL L. MALONEY

SUPERIOR UNDERGROUND SERVICES,
LLC, et al.,

    Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

    The Court has been informed that Eric Stratton, one of the parties to the above-entitled action, has filed a petition in Bankruptcy.  Generally, civil actions are automatically stayed as to the debtor(s) until the Bankruptcy proceedings in question are terminated or the stay is lifted.  11 U.S.C. § 362(c).  The automatic stay provision of the Bankruptcy Reform Act of 1978, 11 U.S.C. § 101, *et seq*. halts the commencement or continuation of litigation against the debtor by adverse parties; it does not divest this court of jurisdiction to issue necessary orders in civil actions which are stayed in Bankruptcy.  *Connell v. Walker*, 291 U.S. 1 (1934); *Donald F. Duncan Inc. v. Royal Tops Mfg. Co.*, 381 F.2d 879 (7th Cir. 1967), *cert. denied*, 390 U.S. 905 (1968).

    The Court already issued partial stays in this case because the other two co-defendants to this action filed for bankruptcy.  (ECF Nos. 63 and 65).  Rather than have this action remain on the Court's docket indefinitely, a result which is contrary to the interest of the Court, the debtors, and the public, the Court has decided to administratively close this matter pending termination of the related bankruptcy proceedings.

**IT IS HEREBY ORDERED** that in the interest of the effective administration of the Court's business, without prejudice to any party to this action, and in keeping with the intent and spirit of the automatic stay provision of the Bankruptcy Reform Act, 11 U.S.C. § 362, this matter is **CLOSED**.  This closing is for administrative purposes only and does not constitute a decision on the merits.  Upon termination of the aforementioned bankruptcy proceedings, or the lifting of the automatic stay with reference to the instant proceeding, the Court will allow any party to move to reopen this action.  Any such motion need only refer to this Order and it will be granted.

Dated:  October 24, 2023               /s/ Paul L. Maloney
                                                                                                      Paul L. Maloney
                                                                                                      United States District Judge